# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

Case Number: 17 m 670

A USPS First Class Mail parcel with tracking number 9400 1116 9900 0917 6247 19 addressed to "Kaylee Schnitzler, 813 E. 7th Street, Marshfield, WI 54449" with a return address of "COFFEE BEANS, 1752 S. Grand Ave, Glendora, CA 91740"



U.S. District Court
Wisconsin Eastern
AUG - 2 2017
FILED
Stephen C. Dries, Clerk

## SEARCH AND SEIZURE WARRANT

TO: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property currently located in the Eastern District of Wisconsin:

A USPS First Class Mail parcel with tracking number 9400 1116 9900 0917 6247 19 addressed to "Kaylee Schnitzler, 813 E. 7th Street, Marshfield, WI 54449" with a return address of "COFFEE BEANS, 1752 S. Grand Ave, Glendora, CA 91740"

The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, proceeds related to the sale of controlled substances, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance in violation of title 21 U.S.C. § 841(a)(1), 843(b) and 844.

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

YOU ARE HEREBY COMMANDED to search on or before _Aug 10_, 2017 *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States District Court Chief Judge William C Griesbach.

Date and time issued _July 31_, 2017; _1:25_ p.m.

*Judge's signature*

City and state: <u>Green Bay, Wisconsin</u>    THE HONORABLE WILLIAM C GRIESBACH
United States District Court Chief Judge
*Name & Title of Judicial Officer*

| | RETURN | |
|---|---|---|
| Case No.<br>17 – M - 670 | Date and time Warrant executed<br>July 31, 2017   2:10 p.m. | Copy of warrant and inventory left with:<br>U.S.P.S. |

Inventory made in the presence of
Matt Schmitz, U.S. Postal Inspector

Inventory of person or property taken and name of any person(s) seized:

USPS First Class Mail parcel with tracking number 9400 1116 9900 0917 6247 19 containing:

3 foil packets described as follows:
1. Green Herbal Potpourri, 10 grams, labeled "Not for human consumption" (Spice/Synthetic Marijuana)
2. Black Diamond, 10 grams, labeled "Not for human consumption" (Spice/Synthetic Marijuana)
3. Joker, 10 grams, labeled "Not for human consumption" (Spice/Synthetic Marijuana)

## CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8-2-17

_Derik Thieme_
*(Executing officer's signature)*

Subscribed, sworn to, and returned before me this date.

_Derik Thieme US Postal Inspector_
*(Printed name and title)*

_William C. Brierlock_
*(U.S. Judge or Magistrate Judge)*

8-2-17
*(Date)*